■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL DUBUQUE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Erie County Court, La Mendola, J.—attempted robbery, third degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT L. SCHROEDER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Supreme Court, Onondaga County, Gorman, J.—robbery, second degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY LEE DEMPSEY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Cayuga County Court, Saperstein, J.—burglary, third degree.) Present —Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON WILSON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—assault, second degree.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ WILLIAM BALDUZZI, JR., Appellant, v MRS. C. B. WEST, Respondent. (And a Third-Party Action.)—Order unanimously affirmed without costs for reasons stated at Special Term, Stone, J. (Appeal from order of Supreme Court, Onondaga County, Stone, J.—summary judgment.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ. [See, 141 Misc 2d 944.]